THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Owen Rogers Appellant.
 
 
 

Appeal From Lexington County
 Kenneth G. Goode, Circuit Court Judge
Unpublished Opinion No. 2007-UP-260
Submitted May 1, 2007  Filed June 1, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott , all of Columbia; and Solicitor Donald V. Myers of Lexington, for Respondent.
 
 
 

PER CURIAM:  Owen Rogers pled guilty to criminal conspiracy and forgery, no dollar amount.  He was sentenced to three years imprisonment for each charge, to be served consecutively.  Rogers appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no direct appeal issues of arguable merit.  Rogers has not filed a pro se response with the Court.
After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.